UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 10-CV-80971-RYSKAMP/VITUNAC

ERIC H. HOLDER, JR.,
ATTORNEY GENERAL
OF THE UNITED STATES
OF AMERICA,

     Plaintiff,

v.

MARY SUSAN PINE,

     Defendant.
                                       /

## ORDER

**THIS CAUSE** comes before the Court on the government's motion for leave to file an amended complaint **[DE 27]** filed on November 3, 2010.

The Court notes that defendant Mary Susan Pine's motion to dismiss **[DE 7]** is currently pending before the Court. In her motion, defendant asserts that the government's complaint does not contain sufficient factual allegations to state a claim for violation of the Freedom of Access to Clinic Entrances Act ("FACE"), 18 U.S.C. § 248. The government has filed a motion for leave to file an amended complaint **[DE 27]**. In that motion, the government states that while it believes that the original complaint is sufficient to state a claim under FACE, in the interests of judicial economy and efficiency, it would like to add additional factual allegations to the complaint. The defendant opposes the motion.

Pursuant to the scheduling order **[DE 21]**, the amended pleadings deadline is January 31, 2011. Federal Rule of Civil Procedure 15(a) requires the Court to freely give leave to amend

when justice so requires.  The defendant has attacked the sufficiency of the complaint.  The government seeks to add these additional factual allegations in order to address the defendant's concerns regarding the complaint's sufficiency.  The Court sees no reason to deny the request, particularly when the amended pleadings deadline has not passed. Accordingly, the Court will grant the government's motion for leave to file an amended complaint.  The Court will also deny without prejudice defendant's motion to dismiss the original complaint **[DE 7]**.[1]  If, after reviewing the amended complaint and applicable, defendant still believes that the complaint is insufficient, defendant may file another motion to dismiss.  It is hereby

    **ORDERED AND ADJUDGED** that

(1) Plaintiff Eric H. Holder, Jr., Attorney General of the United States of America's motion to amend **[DE 27]** is **GRANTED**;

(2) The government shall immediately file the amended complaint as a separate docket entry; and

(3) Defendant Mary Susan Pine's motion to dismiss **[DE 7]** is **DENIED WITHOUT PREJUDICE**.

    **DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 4 day of November, 2010.

/s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

---

[1] The Court has already canceled the hearing on defendant's motion to dismiss the original complaint.  *See* **[DE 28]**.