UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 10-CV-80971-RYSKAMP/VITUNAC

UNITED STATES ATTORNEY
GENERAL *Eric H. Holder, Jr.*,

    Plaintiff,

v.

MARY SUSAN PINE,

    Defendant.

_____/

## FINAL JUDGMENT

**THIS CAUSE** comes before the Court on the Court's order granting Defendant' motion for summary judgment. It is hereby

**ORDERED AND ADJUDGED** that **FINAL JUDGMENT** is entered in favor of defendant Mary Susan Pine, and against plaintiff Eric H. Holder, Jr., United States Attorney General. The Clerk of Court is directed to **CLOSE THIS CASE** and **DENY** all pending motions as **MOOT**. The Court shall retain jurisdiction solely for the purpose of considering attorneys' fees and costs.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 13 day of January, 2012.

                                          /s/ Kenneth L. Ryskamp
                                          KENNETH L. RYSKAMP
                                          UNITED STATES DISTRICT JUDGE