### UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF FLORIDA

|  |  |  |
|---|---|---|
| ERIC H. HOLDER, JR. | : | |
| Plaintiff, | : | |
|  | : | CIVIL ACTION |
| v. | : | |
| MARY SUSAN PINE, | : | NO. 9:10-CV-80971-KLR |
| Defendant. | : | |
|  | : | |

### NOTICE OF APPEAL

Notice is hereby given that Eric H. Holder, Jr., plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on January 13, 2012.

Respectfully submitted,


WIFREDO A. FERRER
United States Attorney
Southern District of Florida

THOMAS E. PEREZ
 Assistant Attorney General
Civil Rights Division

JONATHAN M. SMITH
Chief
Special Litigation Section

JULIE K. ABBATE
Deputy Chief
Special Litigation Section


VERONICA HARRELL-JAMES
Assistant United States Attorney
99 N.E. 4th Street
Miami, FL  33132
Fla. Bar No. 644791

CATHLEEN S. TRAINOR
Senior Trial Attorney
SAMANTHA K. TREPEL
Attorney
Special Litigation Section

Telephone:   (305) 961-9327                 Civil Rights Division
Facsimile:   (305) 530-7139                 U.S. Department of Justice
                                            950 Pennsylvania Avenue, N.W.
                                            Washington, DC  20530
                                            Telephone:   (202) 616-9009
                                            Facsimile:   (202) 514-0212

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Court on March 13, 2012. Service will be effectuated by the Court's electronic notification system upon all counsel or parties of record.

/s/ Samantha K. Trepel
Attorney for the United States