# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| **HOLDER, ERIC H., JR.,** | : | CIVIL ACTION |
| **U.S. ATTORNEY GENERAL,** | : | |
| | : | **9:10-cv-80971-KLR** |
| **Plaintiff,** | : | |
| | : | **JUDGE KENNETH L. RYSKAMP** |
| v. | : | |
| | : | |
| **MARY SUSAN PINE,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT NOTICE OF WITHDRAWAL OF FEE PETITION AND STIPULATION FOR RESOLUTION OF ALL PENDING MATTERS

The parties hereby notify the Court that they have reached a compromise of all pending matters in this litigation, as follows:

1)    Defendant Mary Susan Pine ("Defendant") hereby withdraws her Fee Petition (dkt. 102), without prejudice of the right to re-file in the event the United States does not perform its obligations set forth in paragraphs 2 and 3.

2)    Within sixty (60) days of the filing of this Stipulation, the United States shall deliver to Defendant, c/o Liberty Counsel, P.O. Box 540774, Orlando, FL 32854, the sum of $120,000.00 (one hundred twenty thousand dollars and no cents), via check, electronic funds transfer, or bank draft payable to "Liberty Counsel, Inc.," as and for reasonable attorneys fees and costs incurred by Defendant in this action. This payment shall fully resolve and settle all of Defendant's claims for attorney's fees and non-taxable costs in connection with this case. The United States enters into this Stipulation as an expedient and cost-effective alternative to continued costly litigation, and thus makes no admission of liability.

3) On today's date, the United States shall withdraw and/or dismiss, with prejudice, its appeal of this matter now pending at the Eleventh Circuit Court of Appeals, via stipulation filed in this Court pursuant to Fed. R. App. P. 42(a).

4) This Stipulation reflects the parties' entire agreement on this subject matter, and replaces all prior discussions and agreements.

Respectfully submitted,

/s/ Samantha K. Trepel_____

WIFREDO A. FERRER
  United States Attorney
VERONICA HARRELL JAMES
  Assistant United States Attorney
99 N.E. 4th Street
Miami, FL  33132
(305) 961-9327
(305) 530-7139 (fax)
Veronica.Harrell-James@usdoj.gov

THOMAS E. PEREZ
Assistant Attorney General
JONATHAN M. SMITH
Chief, Special Litigation Section
JULIE K. ABBATE
Deputy Chief, Special Litigation Section
CATHLEEN TRAINOR
Senior Trial Attorney
SAMANTHA K. TREPEL
Trial Attorney

United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave., N.W.
Washington, DC  20530
(202) 616-9009
(202) 514-0212 (fax)

Attorneys for Plaintiff

/s/ Horatio G. Mihet_____
Mathew D. Staver
Anita L. Staver
Horatio G. Mihet
LIBERTY COUNSEL
PO Box 540774
Orlando, FL 32854-0774
800-671-1776 Telephone
407-875-0770 Facsimile
court@lc.org

Cynthia Noland Dunbar
LIBERTY COUNSEL
PO Box 11108
Lynchburg, VA 24506-1108
434-592-7000 Telephone
434-592-7700 Facsimile
court@lc.org

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Court on March 23, 2012. Service will be effectuated by the Court's electronic notification system upon all counsel or parties of record.

    /s/ Horatio G. Mihet
    HORATIO G. MIHET
    One of the attorneys for Defendant