# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303



John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 22, 2012

Steven M. Larimore
United States District Court
400 N MIAMI AVE
MIAMI, FL 33128-1807

Appeal Number: 12-11449-DD
Case Style: U.S. Attorney General v. Mary Pine
District Court Docket No: 9:10-cv-80971-KLR

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Brenda McConnell/Operations Section
Phone #: (404) 335-6100

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 12-11449-DD



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 22 2012
JOHN LEY
CLERK

U.S. ATTORNEY GENERAL,

Plaintiff - Appellant,

versus

MARY SUSAN PINE,

Defendant - Appellee.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE: WILSON and MARTIN, Circuit Judges.

BY THE COURT:

Appellant's voluntary motion to dismiss this appeal with prejudice is GRANTED.